**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Terry D. JONES, a/k/a Rick,**
**Defendant–Appellant.**

No. 08–7226.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 14, 2008.

Decided: Oct. 20, 2008.

Terry D. Jones, Appellant Pro Se. Fernando Groene, Office of the United States Attorney, Newport News, Virginia, for Appellee.

Before KING, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry D. Jones appeals the district court's order denying relief on his motion to reduce his sentence under 18 U.S.C. 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jones,* No. 4:95–cr–00037–RGD–1 (E.D.Va. filed June 6, 2008; entered June 9, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*